100 A.3d 493

**ATTORNEY GRIEVANCE COMMISSION OF MARYLAND,**
100 Community Place, Suite 3301 Crownsville, MD
21032, Petitioner

v.

Gwyn Cara HOERAUF, Respondent.

**Misc. Docket AG No. 117, Sept. Term, 2013.**

Court of Appeals of Maryland.

Sept. 23, 2014.

## ORDER

This matter came before this Court on Respondent's Petition for Expedited Reinstatement to the Bar of Maryland.

The Court having considered the Petition and the Response of Bar Counsel, it is this 23rd day of September, 2014,

ORDERED that the Petition be and the same is hereby GRANTED.